# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155085(53)(54)

JANINE MARIE EXLINE,
            Plaintiff-Appellee,

v

SC: 155085
COA: 327797
Oakland CC: 2004-692277-DM

JASON MICHAEL SILVER,
            Defendant-Appellant.
_____/

By order of February 17, 2017, this Court administratively closed this case because it appeared that proceedings were stayed by the filing of a petition in bankruptcy. The order further provided that once the stay was no longer in effect, the case could be reopened on the motion of any party filed within 42 days after the date of the order removing the stay. On order of the Court, the motions to extend time and to reopen the case are considered, and they are DENIED. No motions having been filed within 42 days after the date of the order removing the stay, the Clerk of the Court is hereby directed to close this file.



a0209

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk